435 A.2d 271

Commonwealth v. Lane, Appellant.

Submitted September 11, 1980. Jeffrey Shender, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.